**Opinion issued May 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00823-CR

————————————

**ISAAC GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Case No. 1381536**

---

## MEMORANDUM OPINION

On May 5, 2014, appellant, Isaac Garza, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss this appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).